**JUDGE BUCHWALD**

FILE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PHYSICIANS MUTUAL INSURANCE
COMPANY and PHYSICIANS LIFE
INSURANCE COMPANY,

                Plaintiffs,

v.

GREYSTONE SERVICING CORPORATION,
INC., GREYSTONE FUNDING
CORPORATION, GREYSTONE & CO., INC.,
STEPHEN ROSENBERG, ROBERT R.
BAROLAK, and CURTIS A. POLLOCK,

                Defendants.

------------------------------------------------------------X

Case No. 07 CV 10490

**DEFENDANTS'
RULE 7.1 STATEMENT**

Removed from the Supreme Court of
the State of New York, New York County,
Index No. 602918/07

[Stamp: NOV 28 2007 S.D.N.Y. CASHIERS]

Defendants, by their undersigned attorneys, make the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant Greystone & Co., Inc. has no corporate parent and is not publicly traded.

The parent of both defendants Greystone Servicing Corporation, Inc. and Greystone Funding Corporation is Greystone Select Holdings LLC, which has no corporate parent and is not publicly traded.

Dated: November 20, 2007

                                          _____
                                          Stephen L. Saxl (SS1028)
                                          GREENBERG TAURIG, LLP
                                          200 Park Avenue
                                          New York, New York 10166
                                          Telephone: (212) 801-9200
                                          Facsimile: (212) 801-6400

                                          José A. Isasi, II
                                          GREENBERG TAURIG, LLP
                                          77 West Wacker Drive, Suite 2500
                                          Chicago, Illinois 60601
                                          Telephone: (312) 456-8400
                                          Facsimile: (312) 456-8435 (fax)
                                          *Attorneys for Defendants*