# AFFIDAVIT OF SERVICE BY HAND

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )        07 CV 10490 (NRB) (JCF)

HARRY ORTIZ, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and reside in the Bronx, New York.

On November 21, 2007, I personally served the within (1) NOTICE OF FILING OF NOTICE OF REMOVAL, (2) NOTICE OF REMOVAL, (3) CIVIL COVER SHEET and (4) RULE 7.1 DISCLOSURE STATEMENT, by delivering to and leaving a true and correct copy thereof enclosed in a properly addressed wrapper, addressed to Richard E. Carmen, Esq. at the address set forth below:

> Richard E. Carmen, Esq.
> Brief Carmen & Kleinman, LLP
> 805 Third Avenue, 11th Floor
> New York, New York 10022
>
> *Attorney for Plaintiff Physicians Mutual Insurance Company and Physicians Life Insurance Company*

_____
HARRY ORTIZ

Sworn to before me this
21st day of November, 2007

_____
Notary Public

CHRISTY SCHAEFFER
Notary Public, State of New York
No. 31-4769958
Qualified in New York County
Commission Expires August 31,

NY 238592253v2 11/21/2007