UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------ X

| | |
|---|---|
| **PHYSICIANS MUTUAL INSURANCE COMPANY** and **PHYSICIANS LIFE INSURANCE COMPANY,** : **Plaintiffs,** : - v. - : **GREYSTONE SERVICING CORPORATION, INC., GREYSTONE FUNDING CORPORATION, GREYSTONE & CO., INC., STEPHEN ROSENBERG, ROBERT R. BAROLAK,** and **CURTIS A. POLLOCK,** : **Defendants.** | CIVIL ACTION NO. 07 CV 10490 (NRB) (JCF) **DEMAND FOR TRIAL BY JURY** (Removed from the Supreme Court of the State of New York County, New York, Index No. 602918/07) |

------------------------------------------------------------------------------ X

**COMES NOW** the Plaintiffs, Physicians Mutual Insurance Company and Physicians Life Insurance Company ("Plaintiffs") and, pursuant to the provisions of Rules 38 and 81 of the Federal Rules of Civil Procedure, hereby demand a trial by jury on all causes.

**DATED** this 29th day of November 2007; New York, New York.

                                      **PHYSICIANS MUTUAL INSURANCE COMPANY** and **PHYSICIANS LIFE INSURANCE COMPANY,** Plaintiffs

                                      By:/s/ Richard E. Carmen, Esq._____
                                        Richard E. Carmen, Esq. (REC-6906)
                                        Adria De Landri, Esq. (ADL-5859)
                                        Brief Carmen & Kleiman, LLP
                                        805 Third Avenue, 11th Floor
                                        New York, NY  10022
                                        (212) 758-6160 or (212) 832-5570 (voice)
                                        (212) 832-1747 or (212) 832-7221 (faxes)
                                        rec@briefjustice.com
                                        adl@briefjustice.com

and

James J. Frost, Esq. (JJF-4879)
McGrath, North, Mullin & Kratz, PC LLO
Suite 3700, First National Tower
1601 Dodge Street
Omaha, NE  68102
(402) 341-3070 (voice)
(402) 341-0216 (fax)
jfrost@mcgrathnorth.com

ATTORNEYS FOR THE PLAINTIFFS