## CERTIFICATE OF SERVICE

      This certifies the undersigned attorney has caused service of the Demand For Trial By Jury to be made by electronic mail and United States mail, postage prepaid, to the following attorneys representing defendants in this action on this 29th day of November, 2007:

| | |
|---|---|
| Stephen L. Saxl, Esq. | José A. Isasi, II, Esq. |
| William A. Wargo, Esq. | Greenberg Traurig, LLP |
| Greenberg Traurig, LLP | 77 West Wacker Drive, Suite 2500 |
| 200 Park Avenue | Chicago, IL  60601 |
| New York, NY  10166 | isasij@gtlaw.com |
| saxls@gtlaw.com | |
| wargow@gtlaw.com | |

                                                 /s/Richard E. Carmen, Esq._____
                                                 Richard E. Carmen, Esq.