UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------- X

| | |
|---|---|
| PHYSICIANS MUTUAL INSURANCE COMPANY and PHYSICIANS LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>- v. -<br><br>GREYSTONE SERVICING CORPORATION, INC., GREYSTONE FUNDING CORPORATION, GREYSTONE & CO., INC., STEPHEN ROSENBERG, ROBERT R. BAROLAK, and CURTIS A. POLLOCK,<br><br>Defendants. | CIVIL ACTION<br>NO. 07 CV 10490 (NRB)<br>(JCF)<br><br>PLAINTIFFS' RULE 7.1 STATEMENT<br>(Removed from the Supreme Court of the State of New York County, New York, Index No. 602918/07) |

---------------------------------------------------------------------------------- X

**COMES NOW** the Plaintiffs, Physicians Mutual Insurance Company and Physicians Life Insurance Company ("Plaintiffs") and, pursuant to the provisions of Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

1. Physicians Mutual Insurance Company is a mutual insurance company organized and existing under the laws of the State of Nebraska. It has no corporate parent and is not publicly traded.

2. Physicians Life Insurance Company is a wholly owned subsidiary of Physicians Mutual Insurance Company.

**DATED** this 29th day of November 2007; New York, New York.

        **PHYSICIANS MUTUAL INSURANCE COMPANY and PHYSICIANS LIFE INSURANCE COMPANY,** Plaintiffs

        By:/s/ Richard E. Carmen, Esq._____
        Richard E. Carmen, Esq. (REC-6906)
        Adria De Landri, Esq. (ADL-5859)
        Brief Carmen & Kleiman, LLP
        805 Third Avenue, 11th Floor
        New York, NY  10022
        (212) 758-6160 or (212) 832-5570 (voice)
        (212) 832-1747 or (212) 832-7221 (faxes)
        rec@briefjustice.com
        adl@briefjustice.com

and

James J. Frost, Esq. (JJF-4879)
McGrath, North, Mullin & Kratz, PC LLO
Suite 3700, First National Tower
1601 Dodge Street
Omaha, NE  68102
(402) 341-3070 (voice)
(402) 341-0216 (fax)
jfrost@mcgrathnorth.com

ATTORNEYS FOR THE PLAINTIFFS

2