## **CERTIFICATE OF SERVICE**

  This certifies the undersigned attorney has caused service of the above-foregoing document to be made by electronic mail and United States mail, postage prepaid, to the following attorneys representing the parties to this action on this 29th day of November, 2007:

| | |
|---|---|
| Stephen L. Saxl, Esq. | José A. Isasi, II, Esq. |
| William A. Wargo, Esq. | Greenberg Traurig, LLP |
| Greenberg Traurig, LLP | 77 West Wacker Drive, Suite 2500 |
| 200 Park Avenue | Chicago, IL  60601 |
| New York, NY  10166 | isasij@gtlaw.com |
| saxls@gtlaw.com | |
| wargow@gtlaw.com | |

              /s/Richard E. Carmen, Esq._____
              Richard E. Carmen, Esq.