UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHYSICIANS MUTUAL LIFE INSURANCE )
COMPANY and PHYSICIANS LIFE )
INSURANCE COMPANY, )
  )
                        Plaintiffs, )
  )
            v. )
  )
GREYSTONE SERVICING CORPORATION, )
INC., GREYSTONE FUNDING )
CORPORATION, GREYSTONE & CO., INC., )
STEPHEN ROSENBERG, ROBERT R. )
BAROLAK, and CURTIS A. POLLOCK, )
  )
                        Defendants )
------------------------------------------------------------X

Case No. 07 CV 10490 (NRB)

**FILING OF RECORDS FROM STATE COURT PURSUANT TO LOCAL CIVIL RULE 81.1(b)**

Removed from the Supreme Court of
the State of New York, New York County,
Index No. 602918/07

Stephen L. Saxl (SS1028)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200
(212) 801-6400 (fax)
saxls@gtlaw.com

José A. Isasi, II
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400
(312) 456-8435 (fax)
isasij@gtlaw.com

*Attorneys for Defendants*

Pursuant to Local Civil Rule 81.1(b), attached hereto are copies of all records and proceedings in the Supreme Court of the State of New York, New York County, Index No. 602918/07, prior to removal of this action on November 20, 2007.

Dated: December 7, 2007

                                                    Respectfully submitted,

                                                        /s/
                                          Stephen L. Saxl (SS1028)
                                          GREENBERG TRAURIG, LLP
                                          200 Park Avenue
                                          New York, New York 10166
                                          Telephone: (212) 801-9200
                                          Facsimile: (212) 801-6400
                                          saxls@gtlaw.com

                                          José A. Isasi, II
                                          GREENBERG TRAURIG, LLP
                                          77 West Wacker Drive, Suite 2500
                                          Chicago, Illinois 60601
                                          Telephone: (312) 456-8400
                                          Facsimile: (312) 456-8435 (fax)
                                          isasij@gtlaw.com

                                          *Attorneys for Defendants*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------X
PHYSICIANS MUTUAL INSURANCE COMPANY and
PHYSICIANS LIFE INSURANCE COMPANY,

       Plaintiff(s),

- against -

GREYSTONE SERVICING CORPORATION, INC.,
GREYSTONE FUNDING CORPORATION,
GREYSTONE & CO., INC., STEPHEN ROSENBERG,
ROBERT R. BAROLAK, and CURTIS A. POLLOCK,

       Defendant(s).

-----------------------------------------------------------------X

Index No.:

Date of Filing:

Plaintiffs designate New York County as the place of trial

The basis of the venue is under Section 503(a) and (c), CPLR; Defendants' residence/principal office/place of business

**SUMMONS WITH NOTICE**

Plaintiffs reside at:
2600 Dodge Street
Omaha, Nebraska 68102
County of Douglas

FILED
AUG 29 2007
NEW YORK
COUNTY CLERK'S OFFICE

**To the above-named Defendant(s):**

 YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: New York, NY
   August 29, 2007

               _____
               Richard E. Carmen, Esq.

**Defendants' Address:**   **BRIEF CARMEN & KLEIMAN, LLP**
              Attorneys for Plaintiff(s)
See Attached Address List  805 Third Avenue, 11th Floor
              New York, NY 10022
              (212) 758-6160 or (212) 832-5570

**Notice:** The nature of this action is for breach(es) of contract(s), breach(es) of the common-law implied covenant of good faith and fair dealing, fraud, misrepresentation and fraudulent concealment, negligence, claim(s) under the Racketeering Influenced and Corrupt Organizations Act, 18 United States Code Sections §1961, et seq., unjust enrichment, breach(es) of fiduciary duty, conversion, and imposition of constructive trust, related to sale and redemption of Plaintiffs' Loan Participation Interests in certain Pools of FHA Project Loans respectively identified as "Greystone 1995-4", "Greystone 1996-1" and "Greystone 1996-6".

The relief sought is monetary damages, i.e. compensatory damages in at least the amount of $14,167,327, threefold damages and exemplary and punitive damages in at least the amount of $42,501.981, and the reasonable attorney's fees of plaintiffs, and equitable relief in the nature of imposition of constructive trust.

Upon your failure to appear, judgment will be taken against you by default for the sum of $14,167,327 in compensatory damages, for the sum of $42,501,981 in threefold and exemplary and punitive damages, for reasonable attorney's fees, with interest from no earlier than August 30, 2002 and the costs of this action, and equitable relief aforesaid in the nature of a constructive trust.

Defendants' Address List Attached to Summons With Notice (Physicians Mutual Insurance Company, et al v. Greystone Servicing Corporation, Inc., et al):

GREYSTONE SERVICING CORPORATION, INC.
152 West 57th Street
New York, NY 10019

c/o C T Corporation System
111 Eighth Avenue
New York, NY 10011

419 Belle Air Lane
Warrenton, Virginia 20186

GREYSTONE FUNDING CORPORATION
152 West 57th Street
New York, NY 10019

419 Belle Air Lane
Warrenton, Virginia 20186

GREYSTONE & CO., INC.
152 West 57th Street, 60th Floor
New York, NY 10019

STEPHEN ROSENBERG
152 West 57th Street
New York, NY 10019

ROBERT R. BAROLAK
152 West 57th Street
New York, NY 10019

44 Indian Head Road
Riverside, Connecticut 06878

CURTIS A. POLLOCK
152 West 57th Street
New York, NY 10019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------X
PHYSICIANS MUTUAL INSURANCE COMPANY, et al.,

        Plaintiff(s),

-against-                                      AFFIDAVIT OF SERVICE
                                                              Index No. 602918/07
                                                              Filed 8/29/07

GREYSTONE SERVICING CORPORATION, et al.,

        Defendant(s)
---------------------------------------------------------X
STATE OF NEW YORK    )
                              S.S.:
COUNTY OF ALBANY    )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 9TH day of November, 2007, at approximately the time of 11:30A.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS WITH NOTICE upon GREYSTONE & CO., INC., the defendant in this action, by delivering to and leaving with CAROL VOGT an agent of the Secretary of State, of the State of New York, two true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        CAROL VOGT is a white female, approximately 54 years of age, stands approximately 5 feet 3 inches tall, weighs approximately 105 pounds with brown hair and brown eyes.

DEBORAH LaPOINTE
Sworn to before me this
9TH day of November, 2007

NOTARY PUBLIC

FRANK J. PANUCCI
Notary Public, State of N.Y.
Qualified in Albany County
Reg. No. 4721156
Commission Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

State of New York - Department of State
Receipt for Service

Receipt #: 200711090293
Date of Service: 11/09/2007
Service Company: 10 D.L.S. INC. - 10

Cash #: 200711090229
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: GREYSTONE & CO., INC.

Plaintiff/Petitioner:
PHYSICIANS MUTUAL INSURANCE COMPANY

Service of Process Address:
STEPHEN ROSENBERG
152 WEST 57TH ST
60TH FLOOR
NEW YORK, NY 10019

Secretary of State
By CAROL VOGT

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X
PHYSICIANS MUTUAL INSURANCE
COMPANY, et al.,

        Plaintiff(s),

        -against-

GREYSTONE SERVICING CORPORATION,
INC., et al.,
        Defendant(s).
------------------------------------------------------------X

Index No. 602918/07

AFFIDAVIT OF SERVICE

STATE OF VIRGINIA   )
        S.S.:
COUNTY OF HENRICO   )

James A. Justis being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 9th day of November, 2007, at approximately the time of 1:00 P.M., deponent served a true copy of the SUMMONS WITH NOTICE upon Greystone Funding Corporation c/o Corporation Service Company at 11 South 12th Street, Richmond, VA 23218, by personally delivering and leaving the same with Heather Daniels who informed deponent that she holds the position of an individual authorized to accept/receive process with that company and is authorized by law to receive service at that address.

Heather Daniels is a white female, approximately 27 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 135 pounds with Brown hair.

PROCESS SERVER

Sworn to before me this
14 day of November, 2007

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 11 South 12th Street, P.O. Box 1463, Richmond, Virginia, 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

| | | |
|---|---|---|
| Beverley L. Crump | Rene Nordquist | Meda Sterrett |
| Heather Daniels | Nicole T. McCallum | Janet Torrance |
| Linda B. Liles | Kate Nordquist | Amy Tarker |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this ____ day of March 2007.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 5TH day of March 2007, by George A. Massih III.

My Commission Expires: 8-5-2008

Notary Public
JANET B. WOZNICKI
NOTARY
TERM 4 YEARS
EXPIRES 2008
STATE OF DELAWARE

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X
PHYSICIANS MUTUAL INSURANCE COMPANY, et al.,

        Plaintiff(s),

-against-                                                                  AFFIDAVIT OF SERVICE
                                                                   Index No. 602918/07
                                                                   Filed 8/29/07

GREYSTONE SERVICING CORPORATION, et al.,

        Defendant(s)
------------------------------------------------------------X
STATE OF NEW YORK   )
                             S.S.:
COUNTY OF ALBANY    )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 14TH day of November, 2007, at approximately the time of 11:30A.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS WITH NOTICE upon GREYSTONE SERVICING CORPORATION, INC., the defendant in this action, by delivering to and leaving with DONNA CHRISTIE an agent of the Secretary of State, of the State of New York, two true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        DONNA CHRISTIE is a white female, approximately 47 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 145 pounds with blonde hair and blue eyes.

DEBORAH LaPOINTE
Sworn to before me this
14TH day of November, 2007

NOTARY PUBLIC
Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co
No. 4721156
Comm. Expires



D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

State of New York - Department of State
Receipt for Service

Receipt #: 200711140238
Date of Service: 11/14/2007
Service Company: 10 D.L.S. INC. - 10

Cash #: 200711140230
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: GREYSTONE SERVICING CORPORATION, INC.

Plaintiff/Petitioner:
PHYSICIANS MUTUAL INSURANCE COMPANY

Service of Process Address:
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

Secretary of State
By DONNA CHRISTIE

NEW YORK COUNTY CLERK'S OFFICE
NOV 19 2007
NOT COMPARED WITH COPY FILE



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------X
PHYSICIANS MUTUAL INSURANCE COMPANY and
PHYSICIANS LIFE INSURANCE COMPANY,

          Plaintiffs,                    Index No. 602918/07

    -against-                                AFFIDAVIT OF SERVICE

GREYSTONE SERVICING CORPORATION, INC.,
GREYSTONE FUNDING CORPORATION,
GREYSTONE & CO., INC., STEPHEN ROSENBERG,
ROBERT R. BAROLAK, and CURTIS A. POLLOCK,

          Defendants.
-----------------------------------------------------------X
STATE OF VIRGINIA   )
               S.S.:
COUNTY OF STAFFORD  )

I, Terry L. Mercer, Ret'd, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 16th day of November, 2007, at approximately the time of 2:30 PM, deponent served a true copy of the SUMMONS WITH NOTICE upon GREYSTONE SERVICING CORPORATION, INC. at 419 Belle Air Lane, Warrenton, VA, by personally delivering and leaving the same with DEBBIE MARTON who informed deponent that she holds the position of Vice President with that company and is authorized by law to receive service at that address.

DEBBIE MARTON is a Cauc. female, approximately 35+ years of age, stands approximately 5 feet 3 inches tall, weighs approximately 115 pounds with Blond hair.

PROCESS SERVER

Sworn to before me this
17 day of November, 2007

Dawn A. Petska
NOTARY PUBLIC

DAWN A. PETSKA
Notary Public
Commonwealth of Virginia
298064
My Commission Expires May 31, 2009

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X
PHYSICIANS MUTUAL INSURANCE COMPANY
and PHYSICIANS LIFE INSURANCE COMPANY,
　　　　　Plaintiff(s),

Index No. 602918/07

　-against-

AFFIDAVIT OF SERVICE

GREYSTONE SERVICING CORPORATION, INC.,
GREYSTONE FUNDING CORPORATION,
GREYSTONE & CO., INC. STEPHEN ROSENBERG,
ROBERT R. BAROLAK, and CURTIS A. POLLOCK,
　　　　　Defendant(s).
------------------------------------------------------------X

STATE OF NEW YORK　)
　　　　　　　　　　　S.S.:
COUNTY OF NEW YORK)

　　　　DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

　　　　That on the 8th day of November 2007, at approximately 1:49 pm, deponent served a true copy of the **SUMMONS WITH NOTICE** upon Greystone Servicing Corporation, Inc. c/o CT Corporation System at 111 Eighth Avenue, New York, NY 10011, by personally delivering and leaving the same with Axia Flores, Specialist Process, who informed deponent that she is an agent authorized by appointment to receive service at that address.

　　　　Axia Flores is a Hispanic female, approximately 45 years of age, stands approximately 5 feet 2 inches tall and weighs approximately 120 pounds with brown hair and brown eyes.

_____
DARRYL A. GREEN #0866535

Sworn to before me this
9th day of November, 2007

_____
NOTARY PUBLIC

RICHARD LEE ALI
Notary Public State Of New York
NO .01-AL 4961834
Qualified In NY County
Commission Expires Feb. 5, 2009

Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X
PHYSICIANS MUTUAL INSURANCE COMPANY and
PHYSICIANS LIFE INSURANCE COMPANY,

        Plaintiffs,

   -against-

GREYSTONE SERVICING CORPORATION, INC.,
GREYSTONE FUNDING CORPORATION,
GREYSTONE & CO., INC., STEPHEN ROSENBERG,
ROBERT R. BAROLAK, and CURTIS A. POLLOCK,

        Defendants.
------------------------------------------------------------X

Index No. 602918/07

AFFIDAVIT OF SERVICE



STATE OF NEW YORK  )
                     S.S.
COUNTY OF NEW YORK)

      HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 8th day of November, 2007, at approximately the time of 2:00 PM, deponent served a true copy of the SUMMONS WITH NOTICE upon CURTIS A. POLLOCK at Greystone & Co., Inc., 152 West 57th Street, 60th Floor, New York, NY, by personally delivering and leaving the same with Administrative Assistant, KRISTINA ANDREWS, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if CURITS A. POLLOCK is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      KRISTINA ANDREWS is a white female, approximately 30 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 140 pounds with brown hair and light eyes.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



Premier Nationwide Document Retrieval
and Process Service Company

That on the 9th day of November, 2007, deponent served another copy of the foregoing upon CURTIS A. POLLOCK by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

CURTIS A. POLLOCK
Greystone & Co., Inc.
152 West 57th Street, 60th Floor
New York, NY 10019

_____
HECTOR FIGUEROA
#870141

Sworn to before me this
9th day of November, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com


Premier Nationwide Document Retrieval
and Process Service Company

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------X
PHYSICIANS MUTUAL INSURANCE COMPANY and
PHYSICIANS LIFE INSURANCE COMPANY,

       Plaintiffs,

  -against-

GREYSTONE SERVICING CORPORATION, INC.,
GREYSTONE FUNDING CORPORATION,
GREYSTONE & CO., INC., STEPHEN ROSENBERG,
ROBERT R. BAROLAK, and CURTIS A. POLLOCK,

       Defendants.
-------------------------------------------------------------X

Index No. 602918/07

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                        S.S.
COUNTY OF NEW YORK)

      HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 8th day of November, 2007, at approximately the time of 2:00 PM, deponent served a true copy of the SUMMONS WITH NOTICE upon ROBERT R. BAROLAK at Greystone & Co., Inc., 152 West 57th Street, 60th Floor, New York, NY, by personally delivering and leaving the same with Administrative Assistant, KRISTINA ANDREWS, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if ROBERT R. BAROLAK is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      KRISTINA ANDREWS is a white female, approximately 30 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 140 pounds with brown hair and light eyes.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

**DLS**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 9th day of November, 2007, deponent served another copy of the foregoing upon ROBERT R. BAROLAK by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

ROBERT R. BAROLAK
Greystone & Co., Inc.
152 West 57th Street, 60th Floor
New York, NY 10019

_____
HECTOR FIGUEROA
#870141

Sworn to before me this
9th day of November, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

DLS
Premier Nationwide Document Retrieval
and Process Service Company

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
PHYSICIANS MUTUAL INSURANCE COMPANY and
PHYSICIANS LIFE INSURANCE COMPANY,

        Plaintiffs,                        Index No. 602918/07

    -against-                        AFFIDAVIT OF SERVICE

GREYSTONE SERVICING CORPORATION, INC.,
GREYSTONE FUNDING CORPORATION,
GREYSTONE & CO., INC., STEPHEN ROSENBERG,
ROBERT R. BAROLAK, and CURTIS A. POLLOCK,

        Defendants.
-----------------------------------------------------------------X
STATE OF NEW YORK   )
                       S.S.
COUNTY OF NEW YORK)

       HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 8th day of November, 2007, at approximately the time of 2:00 PM, deponent served a true copy of the SUMMONS WITH NOTICE upon STEPHEN ROSENBERG at Greystone & Co., Inc., 152 West 57th Street, 60th Floor, New York, NY, by personally delivering and leaving the same with Administrative Assistant, KRISTINA ANDREWS, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if STEPHEN ROSENBERG is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

       KRISTINA ANDREWS is a white female, approximately 30 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 140 pounds with brown hair and light eyes.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

**DLS**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 9th day of November, 2007, deponent served another copy of the foregoing upon STEPHEN ROSENBERG by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

STEPHEN ROSENBERG
Greystone & Co., Inc.
152 West 57th Street, 60th Floor
New York, NY 10019

_____
HECTOR FIGUEROA
#870141

Sworn to before me this
9th day of November, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com