```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
PHYSICIANS MUTUAL INSURANCE COMPANY,
ET AL.

                Plaintiffs,
                                               O R D E R
        - against -
                                               07 Civ. 10490 (NRB)
GREYSTONE SERVICING CORPORATION, ET AL.

                Defendants.
------------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** the underlying state action in this case was commenced by plaintiff filing a summons with notice in the Supreme Court of the State of New York, County of New York; and

**WHEREAS** no complaint had been filed before this case was removed to this Court by defendants on November 20, 2007; it is hereby

**ORDERED** that the Clerk of the Court accept plaintiff's complaint for filing without requesting a second filing fee.

Dated:   New York, New York
         December 10, 2007

                                    /s/ Naomi Reice Buchwald
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

Richard Carmen
Brief Carmen & Kleiman, LLP
805 Third Avenue
New York, NY 10022

Stephen Saxl
William A. Wargo
Greenberg Traurig LLP
200 Park Avenue
New York, NY 10166