UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHYSICIANS MUTUAL INSURANCE )
COMPANY and PHYSICIANS LIFE ) Case No. 07 Civ. 10490 (NRB)
INSURANCE COMPANY, )
                                   Plaintiffs, ) **MOTION TO ADMIT COUNSEL**
                                    ) **PRO HAC VICE**
               v. )
GREYSTONE SERVICING CORPORATION, )
INC., GREYSTONE FUNDING )
CORPORATION, GREYSTONE & CO., INC., )
STEPHEN ROSENBERG, ROBERT R. )
BAROLAK, and CURTIS A. POLLOCK, )
                                 Defendants. )
------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, STEPHEN L. SAXL, a member in good standing of the bar of this Court and counsel for Defendants in this action, hereby move for an Order allowing the admission pro hac vice of my colleague:

    José A. Isasi, II
    GREENBERG TRAURIG, LLP
    77 West Wacker Drive, Suite 2500
    Chicago, Illinois 60601
    Telephone: (312) 456-8400
    Facsimile: (312) 456-8435
    Email: isasij@gtlaw.com

José A. Isasi, II is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against José A. Isasi, II in any State or Federal court.

Dated: December 18, 2007
       New York, New York

                                      Respectfully submitted,

                                      Stephen L. Saxl (SS1028)
                                      GREENBERG TRAURIG, LLP
                                      200 Park Avenue
                                      New York, New York 10166
                                      Telephone: (212) 801-9200
                                      Facsimile: (212) 801-6400
                                      Email: saxls@gtlaw.com
                                      *Attorneys for Defendants*

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Jose Antonio Isasi, II

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 5, 1992 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, December 12, 2007.

*Juleann Hornyak*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHYSICIANS MUTUAL INSURANCE )
COMPANY and PHYSICIANS LIFE )   Case No. 07 Civ. 10490 (NRB)
INSURANCE COMPANY, )
                      Plaintiffs, )   **AFFIDAVIT OF STEPHEN L. SAXL**
                       )   **IN SUPPORT OF MOTION TO ADMIT**
            v. )   **COUNSEL PRO HAC VICE**
                       )
GREYSTONE SERVICING CORPORATION, )
INC., GREYSTONE FUNDING )
CORPORATION, GREYSTONE & CO., INC., )
STEPHEN ROSENBERG, ROBERT R. )
BAROLAK, and CURTIS A. POLLOCK, )
                      Defendants. )
------------------------------------------------------------x

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF NEW YORK  )

       STEPHEN L. SAXL, being duly sworn, deposes and says as follows:

       1.     I am a Shareholder (member) of the firm of Greenberg Traurig, LLP, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein in support of Defendants' motion to admit José A. Isasi, II as counsel pro hac vice to represent Defendants in this matter.

       2.     I am a member in good standing of the bar of the State of New York and was admitted to practice law on March 5, 1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

       3.     José A. Isasi, II joined our law firm as a Shareholder (member) in 2006, and as a result I came to know him recently.

       4.     Mr. Isasi is a Shareholder in the office of our law firm in Chicago, Illinois.

5.      I have found Mr. Isasi to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.      Accordingly, I am pleased to move the admission of José A. Isasi, II, pro hac vice.

7.      I respectfully submit a proposed order granting the admission of José A. Isasi, II, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit José A. Isasi, II, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated: December 18, 2007
    New York, New York

Sworn to before me this
18th day of December, 2007.


_____
Notary Public

JANE E. FRAYNE
Notary Public, State of New York
No. 01FR4975422
Qualified in Richmond County
Commission Expires 1/14/11

Respectfully submitted,

_____
Stephen L. Saxl (SS1028)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: saxls@gtlaw.com

*Attorneys for Defendants*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHYSICIANS MUTUAL INSURANCE )
COMPANY and PHYSICIANS LIFE ) Case No. 07 Civ. 10490 (NRB)
INSURANCE COMPANY, )
                       Plaintiffs, ) **ORDER FOR ADMISSION**
                        ) **PRO HAC VICE**
          v. ) **ON WRITTEN MOTION**
GREYSTONE SERVICING CORPORATION, )
INC., GREYSTONE FUNDING )
CORPORATION, GREYSTONE & CO., INC., )
STEPHEN ROSENBERG, ROBERT R. )
BAROLAK, and CURTIS A. POLLOCK, )
                       Defendants. )
------------------------------------------------------------x

Upon the motion of Stephen L. Saxl, attorney for Defendants, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        José A. Isasi, II
        GREENBERG TRAURIG, LLP
        77 West Wacker Drive, Suite 2500
        Chicago, Illinois 60601
        Telephone: (312) 456-8400
        Facsimile: (312) 456-8435
        Email: isasij@gtlaw.com

is admitted to practice pro hac vice as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: December ___, 2007
      New York, New York

                                               _____
                                               United States District Judge

## CERTIFICATE OF SERVICE

STEPHEN L. SAXL, an attorney duly admitted to practice in the courts of the State of New York and before this Court, declares the following under the penalties of perjury:

1. I am over 18 years of age and I am not a party to the within action. I reside in the County of New York, City of New York.

2. On the 18th day of December, 2007, I served a copy of the foregoing Motion to Admit Counsel Pro Hac Vice, Proposed Order for Admission, and Affidavit of Stephen L. Saxl on Plaintiffs by causing true copies thereof enclosed in properly addressed first class postpaid wrappers to be placed in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed to Plaintiffs' counsel:

> Richard E. Carmen, Esq.
> BRIEF CARMEN & KLEINMAN, LLP
> 805 Third Avenue, 11th Floor
> New York, New York 10022
>
> - and -
>
> James J. Frost, Esq.
> MCGRATH, NORTH, MULLIN & KRATZ, PC LLO
> Suite 37000, First National Tower
> 1601 Dodge Street
> Omaha, NE 68102

Dated: New York, New York
December 18, 2007

_____
STEPHEN L. SAXL