UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHYSICIANS MUTUAL INSURANCE )
COMPANY and PHYSICIANS LIFE )  Case No. 07 Civ. 10490 (NRB)
INSURANCE COMPANY, )
 )  **STIPULATION AND ORDER**
          Plaintiffs, )
 )  Removed from the Supreme Court of
    v. )  the State of New York, New York County,
 )  Index No. 602918/07
GREYSTONE SERVICING CORPORATION, )
INC., GREYSTONE FUNDING )
CORPORATION, GREYSTONE & CO., INC., )
STEPHEN ROSENBERG, ROBERT R. )
BAROLAK, and CURTIS A. POLLOCK, )
 )
          Defendants. )
------------------------------------------------------------X



    WHEREAS on or about August 29, 2007, plaintiffs Physicians Mutual Insurance Company and Physicians Life Insurance Company (collectively, "Plaintiffs") filed the Summons with Notice in this civil action against defendants Greystone Servicing Corporation, Inc., Greystone Funding Corporation, Greystone & Co., Inc., Stephen Rosenberg, Robert R. Barolak and Curtis A. Pollock (collectively, "Defendants") in the Supreme Court of the State of New York, New York County, Index No. 602918/07;

    WHEREAS on or about November 20, 2007, Defendants removed this action to the United States District Court for the Southern District of New York (the "Court"), pursuant to 28 U.S.C. §§ 1331, 1441 and 1446;

    WHEREAS on or about November 29, 2007, Defendants received Plaintiffs' Complaint in this action; and

    WHEREAS on December 10, 2007, the Court issued an Order directing that the Clerk of the Court accept Plaintiffs' Complaint for filing without requesting a second filing fee;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, through their undersigned counsel, that the time within which Defendants must answer, move against, or otherwise respond to Plaintiffs' Complaint is extended until thirty (30) days from the filing of the Complaint.

This is the first request for an extension of time to respond to the Complaint requested by Defendants, and Plaintiffs have consented to this request.

BRIEF CARMEN & KLEIMAN, LLP

_____
Richard E. Carmen, Esq. (REC-6906)
Adria De Landri, Esq. (ADL-5859)
805 Third Avenue, 11th Floor
New York, New York 10022
Telephone : (212) 758 6160
Facsimile:  (212) 832-7221
rec@briefjustice.com
adl@briefjustice.com

James J. Frost, (JJF-4879)
MCGRATH, NORTH, MULLIN & KRATZ, PC LLO
Suite 37000, First National Tower
1601 Dodge Street
Omaha, NE 68102
Telephone: (402) 341-3070
Facsimile:  (402) 341-0216
jfrost@mcgrathnorth.com

*Attorneys for Plaintiffs*

GREENBERG TRAURIG, LLP

_____
Stephen L. Saxl (SS-1028)
William A. Wargo (WW-9417)
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
saxls@gtlaw.com
wargow@gtlaw.com

José A. Isasi, II
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
isasij@gtlaw.com

*Attorneys for Defendants*

SO ORDERED.

Dated: New York, New York
       ~~December~~ _____, ~~2007~~
       January 4                    2008

_____
Honorable Naomi R. Buchwald
U.S.D.J.