UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

PHYSICIANS MUTUAL INSURANCE )
COMPANY and PHYSICIANS LIFE )    Case No. 07 Civ. 10490 (NRB)
INSURANCE COMPANY, )
                Plaintiffs, )    **ORDER FOR ADMISSION**
                 )    **PRO HAC VICE**
          v. )    **ON WRITTEN MOTION**
                 )
GREYSTONE SERVICING CORPORATION, )
INC., GREYSTONE FUNDING )
CORPORATION, GREYSTONE & CO., INC., )
STEPHEN ROSENBERG, ROBERT R. )
BAROLAK, and CURTIS A. POLLOCK, )
              Defendants. )
-------------------------------------------------------------x

Upon the motion of Stephen L. Saxl, attorney for Defendants, and said sponsor attorney's

affidavit in support;

**IT IS HEREBY ORDERED** that

        José A. Isasi, II
        GREENBERG TRAURIG, LLP
        77 West Wacker Drive, Suite 2500
        Chicago, Illinois 60601
        Telephone: (312) 456-8400
        Facsimile: (312) 456-8435
        Email: isasij@gtlaw.com



is admitted to practice pro hac vice as counsel for Defendants in the above captioned case in the
United States District Court for the Southern District of New York. All attorneys appearing
before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,
counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall
forward the pro hac vice fee to the Clerk of Court.

Dated: ~~December~~ January 14, 2008
       New York, New York

                                                   United States District Judge