UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PHYSICIANS MUTUAL INSURANCE COMPANY and : Case No. 07 Civ. 10490 (NRB)
PHYSICIANS LIFE INSURANCE COMPANY,
                                                                :
                          Plaintiffs,
                                                                :
            - v. -
                                                                :   **MOTION TO ADMIT**
GREYSTONE SERVICING CORPORATION, INC.,                              **COUNSEL PRO HAC VICE**
GREYSTONE FUNDING CORPORATION,                                  :
GREYSTONE & CO., INC., STEPHEN ROSENBERG,
ROBERT R. BAROLAK, and CURTIS A. POLLOCK,                       :

                          Defendants.                           :
------------------------------------------------------------------X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, RICHARD E. CARMEN, a member in good standing of the bar of this Court and counsel for Plaintiffs in this action, hereby move for an Order allowing the admission pro hac vice of my colleague:

> James J. Frost, Esq.
> McGrath, North, Mullin & Kratz, PC LLO
> Suite 3700, First National Tower
> 1601 Dodge Street
> Omaha, NE  68102
> Telephone: 402-341-3070
> Facsimile: 402-341-0216
> Email: jfrost@mcgrathnorth.com

James J. Frost is a member in good standing of the Bar of the State of Nebraska. There are no pending disciplinary proceedings against James J. Frost in any State or Federal court.

Dated: January 14, 2008           Respectfully submitted,
       New York, NY

                                  _____
                                  RICHARD E. CARMEN (REC-6906)
                                  **BRIEF CARMEN & KLEIMAN, LLP**
                                  Attorneys for Plaintiffs
                                  805 Third Avenue, 11th Floor
                                  New York, NY  10022
                                  Telephone:  (212) 758-6160 or (212) 832-5570
                                  Facsimile:  (212) 832-1747 or (212) 832-7221
                                  Email: rec@briefjustice.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PHYSICIANS MUTUAL INSURANCE COMPANY and  : Case No. 07 Civ. 10490 (NRB)
PHYSICIANS LIFE INSURANCE COMPANY,
                                         :
                    Plaintiffs,
                                         :        AFFIDAVIT OF
        - v. -                                    RICHARD E. CARMEN,
                                         :    IN SUPPORT OF MOTION
                                                  TO ADMIT COUNSEL
GREYSTONE SERVICING CORPORATION, INC.,            PRO HAC VICE
GREYSTONE FUNDING CORPORATION,           :
GREYSTONE & CO., INC., STEPHEN ROSENBERG,
ROBERT R. BAROLAK, and CURTIS A. POLLOCK,:

                    Defendants.          :
------------------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

RICHARD E. CARMEN, being duly sworn, deposes and says as follows:

1.      I am a member of the law firm of Brief Carmen & Kleiman, LLP, counsel for Plaintffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein in support of Plaintiff's motion to admit James J. Frost as counsel pro hac vice to represent Plaintiffs in this matter.

2.      I am a member in good standing of the bar of the State of New York, being admitted to practice on July 23, 1980. I was admitted to the bar of the United States District Court for the Southern District of New York on October 21, 1980, and am in good standing with this Court.

3.      James J. Frost is a shareholder (member) of the law firm of McGrath, North, Mullin & Kratz, PC LLO, Suite 3700, First National Tower, 1601 Dodge Street, Omaha, Nebraska 68102. As a result of our firm's retention by Plaintiffs as New York counsel herein, I have been working

closely with Mr. Frost, and have found Mr. Frost to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

    4.    Accordingly, I am pleased to move the admission of James J. Frost, pro hac vice.

    5.    I respectfully submit a proposed order granting the admission of James J. Frost, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit James J. Frost, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: January 14, 2008
New York, NY

Respectfully submitted,

_____
RICHARD E. CARMEN (REC-6906)
**BRIEF CARMEN & KLEIMAN, LLP**
Attorneys for Plaintiffs
805 Third Avenue, 11th Floor
New York, NY 10022
Telephone: (212) 758-6160 or (212) 832-5570
Facsimile: (212) 832-1747 or (212) 832-7221
Email: rec@briefjustice.com

Sworn to before me this 14th
day of January, 2008.

_____
Notary Public

MITCHELL D FRANKEL
Notary Public, State of New York
No. 31-4985795
Qualified in New York County
Commission Expires ~~August 26~~ 12/07/09

2

**Nebraska State Bar Association**

*"Helping [ ] people"*

**STATE OF NEBRASKA**

**COUNTY OF LANCASTER**

I, Jane L. Schoenike, Executive Director of the Nebraska State Bar Association, do hereby certify that

**JAMES J. FROST**

was admitted to practice as an attorney and counselor of law in the courts of the State of Nebraska by the Supreme Court of Nebraska, on the 18th day of September, 1981 and that he is an active member in good standing at the Bar of said Court, that his private and professional character appears to be good, and that no formal charges have ever been filed against him in said Court.

In testimony whereof, I have hereunto set my hand on this day, January 7, 2008.

_____
Executive Director

The Nebraska State Bar
Association has no seal

635 South 14th Street • P.O. Box 81809 • Lincoln, Nebraska 68501-1809
(402) 475-7091 • FAX (402) 475-7098 • www.nebar.com

## CERTIFICATE OF SERVICE

This certifies the undersigned attorney has caused service of the Motion To Admit Counsel Pro Hac Vice to be made by United States mail, postage prepaid, to the following attorneys representing defendants in this action on this 15th day of January, 2008:

Stephen L. Saxl, Esq.
William A. Wargo, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
saxls@gtlaw.com
wargow@gtlaw.com

José A. Isasi, II, Esq.
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
isasij@gtlaw.com

_____
Richard E. Carmen, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PHYSICIANS MUTUAL INSURANCE COMPANY and : Case No. 07 Civ. 10490 (NRB)
PHYSICIANS LIFE INSURANCE COMPANY,
                                                                   :
                    Plaintiffs,
                                                                   :
         - v. -                                                        **ORDER FOR ADMISSION
                                                                       PRO HAC VICE ON
GREYSTONE SERVICING CORPORATION, INC.,         :                       WRITTEN MOTION**
GREYSTONE FUNDING CORPORATION,
GREYSTONE & CO., INC., STEPHEN ROSENBERG,
ROBERT R. BAROLAK, and CURTIS A. POLLOCK,     :

                    Defendants.               :
-------------------------------------------------------------------X

Upon the motion of Richard E. Carmen, attorney for Plaintiffs, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        James J. Frost, Esq.
        McGrath, North, Mullin & Kratz, PC LLO
        Suite 3700, First National Tower
        1601 Dodge Street
        Omaha, NE  68102
        Telephone: 402-341-3070
        Facsimile: 402-341-0216
        Email: jfrost@mcgrathnorth.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: January ____, 2008        Respectfully submitted,
      New York, NY

                                                                       _____
                                                                  **United States District Judge**