USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PHYSICIANS MUTUAL INSURANCE COMPANY and : Case No. 07 Civ. 10490 (NRB)
PHYSICIANS LIFE INSURANCE COMPANY,
                                                                                :
                                    Plaintiffs,
                                                                                :
            - v. -                                                              : **ORDER FOR ADMISSION**
                                                                                    **PRO HAC VICE ON**
GREYSTONE SERVICING CORPORATION, INC.,                  : **WRITTEN MOTION**
GREYSTONE FUNDING CORPORATION,
GREYSTONE & CO., INC., STEPHEN ROSENBERG,        :
ROBERT R. BAROLAK, and CURTIS A. POLLOCK,
                                                                                :
                                    Defendants.
                                                                                :
----------------------------------------------------------X

Upon the motion of Richard E. Carmen, attorney for Plaintiffs, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> James J. Frost, Esq.
> McGrath, North, Mullin & Kratz, PC LLO
> Suite 3700, First National Tower
> 1601 Dodge Street
> Omaha, NE 68102
> Telephone: 402-341-3070
> Facsimile: 402-341-0216
> Email: jfrost@mcgrathnorth.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: ~~January~~ February 5, 2008
New York, NY

Respectfully submitted,

_____
United States District Judge

W:\ck-server\shared files\rec\ldg\physiciansmut\prohacviceorder.doc