UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
PHYSICIANS MUTUAL INSURANCE COMPANY and  )
PHYSICIANS LIFE INSURANCE COMPANY,       )   CIVIL ACTION
                                         )   NO. 07 CV 10490 (NRB)
            Plaintiffs,                  )
                                         )   NOTICE OF DEPOSITION
    v.                                   )
                                         )   (Removed from the Supreme
GREYSTONE SERVICING CORPORATION, INC.,   )   Court of the State of New
GREYSTONE FUNDING CORPORATION,           )   York County, New York,
GREYSTONE & CO., INC., STEPHEN ROSENBERG,)   Index No. 602918/07)
ROBERT R. BAROLAK, and CURTIS A. POLLOCK,)
                                         )
            Defendants.                  )
------------------------------------------------------------------------- X

TO:   Joseph E. Thomas, Jet Premier Investments, LLC, 6629 Spring Street, Douglasville, GA 30134.

**PLEASE TAKE NOTICE** that Plaintiffs, by and through its undersigned counsel, will take the deposition upon oral questioning of Joseph E. Thomas at the offices of Benson & Associates Court Reporters, 541 10th St. NW, Atlanta, GA, beginning at 9:00 a.m. on Tuesday, April 8, 2008, and continuing from day to day thereafter. The deposition will be recorded by stenographic and videographic means.

**DATED** this 11th day of March, 2008.

        PHYSICIANS MUTUAL INSURANCE
        COMPANY and PHYSICIANS LIFE INSURANCE
        **COMPANY**, Plaintiffs

        By:   /s/ James J. Frost
        James J. Frost, Esq. (JJF-4879)
        **McGrath, North, Mullin & Kratz, PC LLO**
        Suite 3700, First National Tower
        1601 Dodge Street
        Omaha, NE  68102
        (402) 341-3070
        (402) 341-0216 (fax)
        jfrost@mcgrathnorth.com

       and

       Richard E. Carmen, Esq. (REC-6906)
       Adria DeLandri, Esq. (ADL-5859)
       **Brief Carmen & Kleiman, LLP**
       805 Third Avenue, 11th Floor
       New York, NY 10022
       (212)758-6160
       (212)832-7221
       rec@briefjustice.com
       adl@briefjustice.com

       *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

   This certifies the undersigned attorney has caused service of the above-foregoing document to be made by electronic notification via the CM/ECF system to the following attorneys representing the party to this action, on this 11th day of March, 2008:

       José A. Isasi, II
       **Greenberg Traurig, LLP**
       77 West Wacker Drive, Suite 2500
       Chicago, IL 60601
       (312)456-8400
       (312)456-8435 (fax)
       isasij@gtlaw.com

       Stephen L. Saxl
       William A. Wargo
       **Greenberg Traurig, LLP**
       200 Park Avenue
       New York, NY 10166

       _____/s/ James J. Frost_____