UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
PHYSICIANS MUTUAL INSURANCE COMPANY and   )
PHYSICIANS LIFE INSURANCE COMPANY,        )   CIVIL ACTION
                                          )   NO. 07 CV 10490 (NRB)
                    Plaintiffs,           )
                                          )   NOTICE OF 30(b)(6)
        v.                                )   DEPOSITION
                                          )   (Removed from the Supreme
GREYSTONE SERVICING CORPORATION, INC.,    )   Court of the State of New
GREYSTONE FUNDING CORPORATION,            )   York County, New York,
GREYSTONE & CO., INC., STEPHEN ROSENBERG, )   Index No. 602918/07)
ROBERT R. BAROLAK, and CURTIS A. POLLOCK, )
                                          )
                    Defendants.           )
------------------------------------------------------------------------ X

TO:   Jet Premier Investments, LLC, 6629 Spring Street, Douglasville, GA  30134.

   **PLEASE TAKE NOTICE** that Plaintiffs, by and through its undersigned counsel, will take the deposition upon oral questioning of JET Premier Investments, LLC ("Jet Premier") at the offices of Benson & Associates Court Reporters, 541 10th St. NW, Atlanta, GA, beginning at 9:00 a.m. on Tuesday, April 8, 2008, and continuing from day to day thereafter.  Pursuant to Fed. R. Civ. P. 30(b)(6), Jet Premier shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf on the topics identified on <u>Exhibit "A"</u> attached hereto.  The deposition will be recorded by stenographic and videographic means.

   **DATED** this 11th day of March, 2008.

                        PHYSICIANS MUTUAL INSURANCE
                        COMPANY and PHYSICIANS LIFE INSURANCE
                        COMPANY, Plaintiffs


                        By:     /s/ James J. Frost
                            James J. Frost, Esq. (JJF-4879)
                            **McGrath, North, Mullin & Kratz, PC LLO**
                            Suite 3700, First National Tower
                            1601 Dodge Street

>Omaha, NE 68102
>(402) 341-3070
>(402) 341-0216 (fax)
>jfrost@mcgrathnorth.com
>
>and
>
>Richard E. Carmen, Esq. (REC-6906)
>Adria DeLandri, Esq. (ADL-5859)
>**Brief Carmen & Kleiman, LLP**
>805 Third Avenue, 11th Floor
>New York, NY 10022
>(212)758-6160
>(212)832-7221
>rec@briefjustice.com
>adl@briefjustice.com
>
>*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

This certifies the undersigned attorney has caused service of the above-foregoing document to be made by electronic notification via the CM/ECF system to the following attorneys representing the party to this action, on this 11th day of March, 2008:

>José A. Isasi, II
>**Greenberg Traurig, LLP**
>77 West Wacker Drive, Suite 2500
>Chicago, IL 60601
>(312)456-8400
>(312)456-8435 (fax)
>isasij@gtlaw.com
>
>Stephen L. Saxl
>William A. Wargo
>**Greenberg Traurig, LLP**
>200 Park Avenue
>New York, NY 10166

>/s/ James J. Frost

**EXHIBIT "A"**

1.Jet Premier Investments' acquisition of interests in the following FHA-insured mortgage loans:

| Project Name | Project Location | FHA Project No. |
|---|---|---|
| Aldus Phase I | Bronx, NY | 012-57295 |
| Malcolm X II Phase A | New York, NY | 012-57216 |
| Mid Bronx Phase II | Bronx, NY | 012-57253 |
| Paul Robeson | New York, NY | 012-57291 |
| SEBCO IV Associates | Bronx, NY | 012-57213 |
| Southern Boulevard Phase IV | New York, NY | 012-57192 |
| Woodycrest Courts Associates | New York, NY | 012-57279 |

(hereinafter the "FHA-insured Mortgage Loans").

The subject matter on which testimony is sought will include but not be limited to:

(a)All communications by, between or among Jet Premier Investments, Greystone Servicing Corporation and/or any other party related to the FHA-insured Mortgage Loans.

(b)All monies or other consideration paid to or exchanged between Jet Premier Investments, Greystone Servicing Corporation and any other party related to the FHA-insured Mortgage Loans.

(c)All principal and interest payments received by Jet Premier Investments related to the FHA-insured Mortgage Loans.

2.All actions or other efforts taken by or on behalf of Jet Premier Investments in order to locate and produce documents responsive to the document subpoena served on Jet Premier Investments in the case of *Physicians Mutual Insurance Company v. Asset Allocation Management Co.*, Case No. 06CV5124.