UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
PHYSICIANS MUTUAL INSURANCE COMPANY and   )
PHYSICIANS LIFE INSURANCE COMPANY,        )   CIVIL ACTION
                                          )   NO. 07 CV 10490 (NRB)
                    Plaintiffs,           )
                                          )   NOTICE OF DEPOSITION
         v.                               )
                                          )   (Removed from the Supreme
GREYSTONE SERVICING CORPORATION, INC.,    )   Court of the State of New
GREYSTONE FUNDING CORPORATION,            )   York County, New York,
GREYSTONE & CO., INC., STEPHEN ROSENBERG, )   Index No. 602918/07)
ROBERT R. BAROLAK, and CURTIS A. POLLOCK, )
                                          )
                    Defendants.           )
-------------------------------------------------------------------------- X

TO:   Carol J. Jurney, USGI, Inc., 9375 Chesapeake Street, Suite 215, La Plata, MD  20646.

**PLEASE TAKE NOTICE** that Plaintiffs, by and through its undersigned counsel, will take the deposition upon oral questioning of Carol J. Jurney at the offices of For the Record, Inc., 10760 Demarr Road, White Plains, MD, beginning at 9:00 a.m. on Wednesday, April 9, 2008, and continuing from day to day thereafter.  The deposition will be recorded by stenographic and videographic means.

**DATED** this 11th day of March, 2008.

                **PHYSICIANS MUTUAL INSURANCE COMPANY and PHYSICIANS LIFE INSURANCE COMPANY**, Plaintiffs

                By:_____/s/ James J. Frost_____
                James J. Frost, Esq. (JJF-4879)
                **McGrath, North, Mullin & Kratz, PC LLO**
                Suite 3700, First National Tower
                1601 Dodge Street
                Omaha, NE  68102
                (402) 341-3070
                (402) 341-0216 (fax)
                jfrost@mcgrathnorth.com

and

Richard E. Carmen, Esq. (REC-6906)
Adria DeLandri, Esq. (ADL-5859)
**Brief Carmen & Kleiman, LLP**
805 Third Avenue, 11th Floor
New York, NY 10022
(212)758-6160
(212)832-7221
rec@briefjustice.com
adl@briefjustice.com

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

This certifies the undersigned attorney has caused service of the above-foregoing document to be made by electronic notification via the CM/ECF system to the following attorneys representing the party to this action, on this 11th day of March, 2008:

José A. Isasi, II
**Greenberg Traurig, LLP**
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
(312)456-8400
(312)456-8435 (fax)
isasij@gtlaw.com

Stephen L. Saxl
William A. Wargo
**Greenberg Traurig, LLP**
200 Park Avenue
New York, NY 10166

/s/ James J. Frost