UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
PHYSICIANS MUTUAL INSURANCE COMPANY and   )
PHYSICIANS LIFE INSURANCE COMPANY,        )   CIVIL ACTION
                                          )   NO. 07 CV 10490 (NRB)
                    Plaintiffs,           )
                                          )   NOTICE OF 30(b)(6)
         v.                               )   DEPOSITION
                                          )   (Removed from the Supreme
GREYSTONE SERVICING CORPORATION, INC.,    )   Court of the State of New
GREYSTONE FUNDING CORPORATION,            )   York County, New York,
GREYSTONE & CO., INC., STEPHEN ROSENBERG, )   Index No. 602918/07)
ROBERT R. BAROLAK, and CURTIS A. POLLOCK, )
                                          )
                    Defendants.           )
------------------------------------------------------------------------- X

TO:   USGI, Inc., 9375 Chesapeake Street, Suite 215, La Plata, MD  20646

**PLEASE TAKE NOTICE** that Plaintiffs, by and through its undersigned counsel, will take the deposition upon oral questioning of USGI, Inc. ("USGI") at the offices of For the Record, Inc., 10760 Demarr Road, White Plains, MD, beginning at 9:00 a.m. on Wednesday, April 9, 2008, and continuing from day to day thereafter.  Pursuant to Fed. R. Civ. P. 30(b)(6), USGI shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf on the topics identified on Exhibit "A" attached hereto.  The deposition will be recorded by stenographic and videographic means.

**DATED** this 11th day of March, 2008.

                              PHYSICIANS MUTUAL INSURANCE
                              COMPANY and PHYSICIANS LIFE INSURANCE
                              COMPANY, Plaintiffs

                              By:   /s/ James J. Frost
                                  James J. Frost, Esq. (JJF-4879)
                                  **McGrath, North, Mullin & Kratz, PC LLO**
                                  Suite 3700, First National Tower
                                  1601 Dodge Street

        Omaha, NE  68102
        (402) 341-3070
        (402) 341-0216 (fax)
        jfrost@mcgrathnorth.com

        and

        Richard E. Carmen, Esq. (REC-6906)
        Adria DeLandri, Esq. (ADL-5859)
        **Brief Carmen & Kleiman, LLP**
        805 Third Avenue, 11th Floor
        New York, NY  10022
        (212)758-6160
        (212)832-7221
        rec@briefjustice.com
        adl@briefjustice.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This certifies the undersigned attorney has caused service of the above-foregoing document to be made by electronic notification via the CM/ECF system to the following attorneys representing the party to this action, on this 11th day of March, 2008:

        José A. Isasi, II
        **Greenberg Traurig, LLP**
        77 West Wacker Drive, Suite 2500
        Chicago, IL  60601
        (312)456-8400
        (312)456-8435 (fax)
        isasij@gtlaw.com

        Stephen L. Saxl
        William A. Wargo
        **Greenberg Traurig, LLP**
        200 Park Avenue
        New York, NY  10166

        _____/s/ James J. Frost_____

**EXHIBIT "A"**

1. The May 1, 2003 transactions between USGI and Greystone Servicing Corporation which are reflected by assignments and related documents related to the following FHA-insured mortgage loans:

| Project Name | Project Location | FHA Project No. |
|---|---|---|
| Aldus Phase I | Bronx, NY | 012-57295 |
| Malcolm X II Phase A | New York, NY | 012-57216 |
| Mid Bronx Phase II | Bronx, NY | 012-57253 |
| Paul Robeson | New York, NY | 012-57291 |
| SEBCO I | New York, NY | 012-44149 |
| SEBCO II | New York, NY | 012-44150 |
| SEBCO IV Associates | Bronx, NY | 012-57213 |
| Macombs Village I | New York, NY | 012-57304 |
| Fairmont Place | New York, NY | 012-57277 |
| Southern Boulevard Phase IV | New York, NY | 012-57192 |
| Woodycrest Courts Associates | New York, NY | 012-57279 |

The subject matter on which testimony is sought will include but not be limited to:

(a) Communications by, between or among USGI, Greystone Servicing Corporation and any other party related to the subject transactions.

(b) Monies or other consideration exchanged by, between or among USGI, Greystone Servicing Corporation and any other party related to the subject transactions.

(c) Records prepared, received and/or exchanged by, between or among USGI, Greystone Servicing Corporation and any other party related to the subject transactions.

2. All actions or other efforts taken by or on behalf of USGI in order to locate and product documents response to the document subpoena served on USGI in the case of *Physicians Mutual Insurance Company v. Asset Allocation Management Co.*, Case No. 06CV5124.