**Greenberg Traurig**

José A. Isasi, II
Tel. 312.476.5127
Fax 312.899.0362
isasij@gtlaw.com



April 7, 2008

**VIA HAND DELIVERY**
The Honorable Naomi R. Buchwald
United States District Judge
United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007



Re: *Physicians Mutual Insurance Company, et al. v Greystone Servicing Corporation, Inc., et al.*, Civil Action Number 07 CV 10490 (NRB)

Dear Judge Buchwald:

    Counsel for the parties have agreed to the following as a schedule for briefing of Defendants' motion to dismiss the Amended Complaint, and we respectfully request its adoption by the Court:

    Defendants will serve and file their initial papers in support of their motion to dismiss on or before <u>April 25, 2008</u>;

    Plaintiffs will serve and file their papers in opposition to the motion to dismiss on or before <u>May 23, 2008</u>; and

    Defendants will serve and file their reply papers on or before <u>June 13, 2008</u>.

    As the Court may recall from the March 19, 2008 telephonic conference in this case, the Seventh Circuit has remanded the case of *Physicians Mutual Ins. Co., et al. v. Asset Allocation Mgmt. Co., LLC* for limited discovery to determine whether Plaintiffs' appeal in that action should go forward, or the case should be dismissed for lack of jurisdiction. Your Honor directed that the parties await the March 24, 2008 status report to the Seventh Circuit before determining whether to proceed with a motion to dismiss in this action. The Seventh Circuit has ordered that a further status report be filed on or before April 15, 2008 regarding the discovery to determine the citizenship of one of the members of Asset Allocation Management. Defendants request that shortly after that further status report is filed on April 15, the Court have a short telephonic conference (on April 17 or 18, for example) with the parties to determine whether the motion to dismiss should go forward or whether a stay should remain in place pending further developments in the Northern District of Illinois action.

Respectfully submitted,

*José Isasi* /WW          *William Wargo*
José A. Isasi, II          William Wargo

So Ordered.
[signature]
4/9/08

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH*

Greenberg Traurig LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York NY 10166 | Tel 212.801.9200 | Fax 212.801.6400   www.gtlaw.com

The Honorable Naomi R. Buchwald
April 7, 2008
Page 2


cc:   James J. Frost, Esq. (via email and first class mail)
      Richard E. Carmen, Esq. (via email and first class mail)