

# Greenberg Traurig

José A. Isasi, II
Tel. 312.476.5127
Fax 312.899.0362
isasij@gtlaw.com



April 29, 2008

**VIA HAND DELIVERY**
The Honorable Naomi R. Buchwald
United States District Judge
United States Courthouse
500 Pearl Street, Rm 2270
New York, New York 10007

Re:  *Physicians Mutual Insurance Company, et al. v Greystone Servicing Corporation Inc., et al.,* Civil Action Number 07 CV 10490 (NRB)

Judge Buchwald:

This letter serves as a follow-up to our telephonic hearing on April 21, 2008. We represent the Defendants in the above referenced litigation. We have conferred with Plaintiffs' counsel regarding the Defendants' Motion to Stay and jointly propose the following schedule to the Court:

| | |
|---|---|
| Defendants' Motion to Stay: | Filed on May 5, 2008 |
| Plaintiffs' Response in Opposition: | Filed on or before June 3, 2008 |
| Defendants' Reply in Support | Filed on or before June 19, 2008 |
| Plaintiffs' Surreply in Opposition | Filed on or before July 3, 2008 |

*So Ordered.*

Please advise us if the Court has any questions or concerns.

Respectfully submitted,

José A. Isasi, II                William Wargo

5/1/08

cc: James J. Frost, Esq.
    Richard E. Carmen, Esq.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400    www.gtlaw.com