UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PHYSICIANS MUTUAL INSURANCE COMPANY and  )   CIVIL ACTION
PHYSICIANS LIFE INSURANCE COMPANY,       )   NO. 07 CV 10490 (NRB)
                                         )
              Plaintiffs,                )   NOTICE OF MOTION
                                         )
       v.                                )
                                         )
GREYSTONE SERVICING CORPORATION, INC.,   )
GREYSTONE & CO., INC., STEPHEN ROSENBERG )
ROBERT R. BAROLAK, and CURTIS A POLLOCK, )
                                         )
              Defendants.                )
------------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Stay, dated May 5, 2008, the Declaration of José A. Isasi, II, dated May 5, 2008, and attached exhibits, and upon all prior papers and proceedings had herein, defendants, by and through its undersigned counsel, will move this Court before the Honorable Naomi R. Buchwald, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order staying this litigation, and granting such other and further relief as the Court deems just and proper.

Dated: May 5, 2008

                                      Respectfully submitted,
                                      GREENBERG TRAURIG, LLP


                                      By:_____/s/_____
                                        Stephen L. Saxl (SS-1028)
                                        William A. Wargo (WW-9417)
                                        GREENBERG TRAURIG, LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 801-9200

                                        and

José A. Isasi, II (*pro hac vice*)
GREENBERG TRAURIG, LLP
77 W. Wacker Drive
Suite 2500
Chicago, IL 60601
(312) 456-8400
*Attorneys for Greystone Servicing Corporation, Inc., Greystone & Co., Inc., Stephen Rosenberg, Robert R. Barolak and Curtis A. Pollock*

TO: BRIEF CARMEN & KLEINMAN, LLP
Richard E. Carmen, Esq.
805 Third Avenue, 11th Floor
New York, NY 10022
(212) 758-6160

McGRATH NORTH MULLIN & KRATZ, PC LLO
James J. Frost, Esq.
Suite 3700, First National Tower
1601 Dodge Street
Omaha, NE 68102
(402) 341-3070
*Attorneys for Plaintiffs*

2