**MEMO ENDORSED**

# Greenberg Traurig

José A. Isasi, II
Tel. 312.476.5127
Fax 312.899.0362
isasij@gtlaw.com

*Endorsement*

*As requested herein, the motion to stay (Docket No 25) is deemed withdrawn.*
*So Ordered.* [signature]

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
AUG - 8 2008
UNITED STATES DISTRICT [JUDGE]

8/12/08

August 7, 2008

**MEMO ENDORSED**

**VIA HAND DELIVERY**

The Honorable Naomi R. Buchwald
United States District Judge
United States Courthouse
500 Pearl Street, Rm 2270
New York, New York 10007

Re:   *Physicians Mutual Insurance Company, et al. v Greystone Servicing Corporation, Inc., et al.,* Civil Action Number 07 CV 10490 (NRB)

Judge Buchwald:

We represent Defendants Greystone Servicing Corporation, Inc. ("Greystone Servicing"), Greystone Funding Corporation ("Greystone Funding"), Greystone & Co., Inc. ("Greystone & Co."), Stephen Rosenberg ("Rosenberg"), Robert R. Barolak ("Barolak"), and Curtis A. Pollock ("Pollock"), the Defendants in the above referenced litigation. As this Court is aware, currently pending is the Defendants' motion to stay this litigation to await the outcome of the appeal before the Seventh Circuit in the related *Physicians Mutual Insurance Company, et al. v. Asset Allocation and Management, et al.* matter. We have learned that, earlier today, Judge Conlon dismissed that matter on a motion brought by Asset Allocation. This dismissal moots the appeal and eliminates the basis for Defendants' motion to stay the present case. Given that this Court has not yet ruled on the motion to stay, we wanted to bring this dismissal to your attention promptly, and ask that Defendants be permitted to withdraw this motion.

The Defendants propose that this Court enter a briefing schedule on their motion pursuant to F.R.Civ.P. 12(b)(6) to dismiss this suit in its entirety. This 12(b)(6) motion was the subject of the Defendants January 11, 2008 letter requesting a pre-motion conference. In April of this year, the Court set a briefing schedule for this motion, which was suspended prior to the initial brief being filed so that the Court could consider the motion to stay. We have contacted Plaintiffs' counsel to discuss a new briefing schedule, and we hope to present an agreed briefing schedule to the Court for its consideration before the end of next week.

Please advise us if the Court has any questions or concerns.

Respectfully submitted,

José A. Isasi, II        William Wargo

cc:  Richard E. Carmen, Esq. (via facsimile and U.S. Mail)
     James J. Frost, Esq. (via facsimile and U.S. Mail)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-12-08

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com