UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PHYSICIANS MUTUAL INSURANCE COMPANY and ) CIVIL ACTION
PHYSICIANS LIFE INSURANCE COMPANY, ) NO. 07 CV 10490 (NRB)
                                                      Plaintiffs, ) NOTICE OF MOTION
        v. )
GREYSTONE SERVICING CORPORATION, INC., )
GREYSTONE & CO., INC., STEPHEN ROSENBERG )
ROBERT R. BAROLAK, and CURTIS A POLLOCK, )
                                                      Defendants. )
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, the Declaration of José A. Isasi, II and attached exhibits, and upon all prior papers and proceedings had herein, defendants, by and through its undersigned counsel, will move this Court before the Honorable Naomi R. Buchwald, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) dismissing Plaintiffs' First Amended Complaint and granting such other relief as the Court deems proper.

Dated: August 28, 2008                    GREENBERG TRAURIG, LLP

                                                                              By:  Will Wargo
                                                                                    Stephen L. Saxl
                                                                                    William A. Wargo
                                                                                    GREENBERG TRAURIG, LLP
                                                                                    200 Park Avenue
                                                                                   New York, New York 10166
  (212) 801-9200
  saxls@gtlaw.com
  wargow@gtlaw.com
                                and

José A. Isasi, II (*pro hac vice*)
GREENBERG TRAURIG, LLP
77 W. Wacker Drive
Suite 2500
Chicago, IL 60601
(312) 456-8400
iasij@gtlaw.com
*Attorneys for Defendants Greystone Servicing Corporation, Inc., Greystone & Co., Inc., Stephen Rosenberg, Robert R. Barolak and Curtis A. Pollock*

TO:    BRIEF CARMEN & KLEINMAN, LLP
       Richard E. Carmen, Esq.
       805 Third Avenue, 11th Floor
       New York, NY 10022
       (212) 758-6160


       McGRATH NORTH MULLIN & KRATZ, PC LLO
       James J. Frost, Esq.
       Suite 3700, First National Tower
       1601 Dodge Street
       Omaha, NE 68102
       (402) 341-3070
       *Attorneys for Plaintiffs*